# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| John Gecy, | : |
|                 Plaintiff, | : |
|    v. | : Civil Action No.: 9:15-cv-02427-SB |
| Performant Recovery, Inc.; and DOES 1-10, inclusive, | : |
|                 Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: March 21, 2016

                              Respectfully submitted,

                              By  /s/ Nathan A. Earle
                              Nathan A. Earle, Esq. Fed. # 10223
                              1541 Wade Hampton Blvd., Suite E
                              Greenville, SC 29609
                              Telephone: (864) 915-5228
                              nathanearle@upstatelegal.net
                              nearle@lemberglaw.com

                              *Of Counsel to*
                              Lemberg Law, LLC
                              43 Danbury Road, 3rd Floor
                              Wilton, CT 06897
                              Telephone: (203) 653-2250
                              Facsimile: (888) 953-6237

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                     By   /s/ Nathan A. Earle
                                              Nathan A Earle, Esq.