# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| John Gecy, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 9:15-cv-02427-SB |
| Performant Recovery, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, John Gecy, and Defendant Performant Recovery, Inc. ("Performant"), hereby jointly stipulate to the dismissal of Plaintiff's claims against Performant with each side to bear its own fees and costs.

Dated: April 20, 2016

Respectfully submitted,

| John Gecy | Performant Recovery, Inc. |
|---|---|
| /s/ Nathan A. Earle | /s/ Samuel D. Fleder |
| Nathan A. Earle, Esquire | Samuel D. Fleder |
| District of South Carolina Bar ID No. 10223 | Federal I.D. No 10994 |
| P.O. Box 1714 | SMITH, DEBNAM, NARRON, DRAKE |
| Travelers Rest, SC  29690 | SAINTSING & MYERS, LLP |
| Telephone: (864) 915-5228 | PO Box 26268 |
| Facsimile: (888) 953-6237 | Raleigh, NC 27611 |
| nearle@lemberglaw.com | Telephone: (919) 250-2000 |
| *Attorneys for Defendants* | Email: sfleder@smithdebnamlaw.com |
| | *Attorneys for Defendants* |

*Of Counsel to*
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897

Telephone: (203) 653-2250
Facsimile: (888) 953-6237
*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2016, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By   /s/ Nathan A. Earle
           Nathan A. Earle, Esq.